DEC 16 2020 PM12:37
FILED-USDC-CT-HARTFORD

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### COMPLAINT FORM

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Case No. 3:20-cv-01873-AWT

v.

(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

### A. PARTIES

1. _Marc A Facteau_ is a citizen of _____Connecticut_____ who
   (Plaintiff)                                        (State)
presently resides at _____625 old Stafford Rd_____.
                            (mailing address)
                     Tolland  ct

2. Defendant _University of Farmington_ is a citizen of ___health science ctr__
   (name of first defendant)                    (State)  connecticut
whose address is _Hospital way Farmington
                     ct 032 ct

3. Defendant _Seth, Brown MD_ is a citizen of _CT_
     (name of second defendant)               (State)

whose address is _21 South Rd #112, Farmington ct_

4. _ct state police witness 06032)_

(If more space is needed to furnish the above information for additional defendants,
continue on a blank sheet which you should label "A. PARTIES."  Be sure to include
each defendant's identity and complete address.)

## B. JURISDICTION
The jurisdiction of this court is invoked pursuant to: (list statute(s))

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Gross violations of patient trust. Abusive coersive environment, Medicare - Fraud. Blatent consistent inability to manage care. Refusal to protect Gross misdiagnosis - Gross harm due to misdiagnosis/maltreatment unnessesary repeat visits and subsequent Billings

Psychiatric and medical malpractice
Result is charecter Assisination
over 12+ years I wrote to the
FBI called all levelsof govanment
about drug dealers and the impact on
my family, home, property, and animals
In short I told the truth but was still
continually mistreated - Medical malpractica
followed by bullying and dismissal

**E. REQUEST FOR RELIEF**
WHEREFORE, plaintiff demands: (state the relief you seek)

Remove False Psychiatric
Label - Publically appologize
Financial compensation
$30,000,000.00 USD    Thirty million
                      USD-Dollars

**F. JURY DEMAND**
$30 million

Do you wish to have a jury trial? (Yes)        No

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Use of force in the course of misdiagnosis/depravation of freedom based on false misleading diagnosis

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

All Records Prove Gross mis-management - callous disregard of the patient through grossly negligent misdiagnosis. Threatneng bullying dismissa caused Gross harm to septum/ caused Gross Reputational harm caused severe psychiatri distress

**Claim II:** Paranoid & Delusional are False claims with zero factual finding - court and

Supporting Facts:

Police Records would demonstrate these diagnosis Incorrect as such they are grossly Negligent and severly harmfull to character

_____   _____
Original signature of attorney (if any)   **Plaintiff's Original Signature**

_____   Printed Name _____
Printed Name

_____   _____
( )   ( )
Attorney's full address and telephone   Plaintiff's full address and telephone

Email address if available   Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

    The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
           (location)   (date)

_____
**Plaintiff's Original Signature**

(Rev.3/29/16)

5