

# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED

PRIORITY ★ MAIL ★



VISIT US AT USPS
ORDER FREE SUPPLIES

FROM: Marc A Fecteau
675 old Stafford R[d]
Tolland Ct 06084

TO: Abraham A Ribicoff
Federal bldg
United States District
court
450 Main St suite
Hartford Ct 06103

Label 228, March 2016     FOR DOMESTIC AND INTERNATION[AL]



PS00001000014
EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP